UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIRST SPECIALTY INSURANCE CORPOARATION,

    Plaintiff,

vs.    Case No. 2:04-cv-461-FtM-33SPC

NORTHLAKE FOODS, INC.; WILLIAM DUNN; PATRICIA DEHAY; ROBERT DEHAY,

    Defendants.

## ORDER

This matter comes before the Court on Joint Stipulation for Dismissal of Patricia Dehay and Robert Dehay without Prejudice (Doc. #54) filed on April 26, 2005. Plaintiff seeks to voluntarily dismiss, without prejudice, all claims against Defendants Patricia Dehay and Robert Dehay only. Both parties desire that they be responsible for their own attorney's fees and costs.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), Defendants Patricia Dehay and Robert Dehay are **DISMISSED** without prejudice with each party to bear its own attorney's fees and costs. The Clerk is directed to enter judgment accordingly and close the file as to Defendants Patricia Dehay and Robert Dehay only. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions as they relate to Defendants Patricia Dehay and

Robert Dehay only.  This case remains pending as to Defendants Northlake Foods, Inc. and William Dunn.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 27th day of April, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record